RAYMOND J. FUENTES, Bar No. 61199
RONALD TRAN, Bar No. 328209
FUENTES & McNALLY, LLP
700 N. Central Avenue
Glendale, California 91203
Tel: (818) 543-4750
Fax: (818) 543-4757
Email: fmllp@fm-llp.com

Attorneys for Defendants: COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and JHONATTAN WHITE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN ADJAYE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN WHITE, et al.,<br><br>　　　　Defendants. | Case No. 2-20-cv-8940-JGB-E<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Jesus G. Bernal |

**TO THE COURT, AND PLAINTIFF, IN PRO SE**

**PLEASE TAKE NOTICE THAT** Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DEPUTY JHONATTAN WHITE ("County Defendants") hereby submit this

-1-

Notice of Settlement pursuant to Local Rule 16-15.7 to notify the Court that the parties have reached an agreement settling all claims between Plaintiff AUSTIN ADJAYE and the County Defendants.

The parties have exchanged a Settlement Agreement, a Joint Stipulation of Dismissal, and a Proposed Order of Dismissal. These documents have been executed and the Joint Stipulation of Dismissal and the Proposed Order of Dismissal will be filed after the release of the settlement check.

The parties request sixty (60) days in which to finalize the settlement and file a dismissal.

DATED: September 22, 2021    FUENTES & McNALLY, LLP

By: /s/ Raymond J. Fuentes
Raymond J. Fuentes
Ronald Tran
Attorneys for Defendants: County of Los Angeles; Los Angeles County Sheriff's Department and Jhonattan White

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                                  ) ss.
COUNTY OF LOS ANGELES )

I certify and state that I am and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of eighteen (18) years, and not a party to or interested in the within action.

On **September 22, 2021,** I served the foregoing documents entitled:

## DEFENDANTS' NOTICE OF SETTLEMENT

on the interested parties in this action by placing [ ] the original [xx] a true and correct copy thereof enclosed in sealed envelopes addressed [xx] as follows, or [ ] as stated on the attached mailing list:

**Austin Adjaye**
3748 Rolling Hills Ct
Pittsburg, CA 94565

[X] **By mail.** I deposited such envelope in the mail at Glendale, California, with first class postage thereon fully prepaid. I am readily familiar with the business' practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day with postage fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/or

[ ] **By personal service.** [ ] I delivered by hand, such envelope to the offices of the addressee with delivery time prior to 5:00 P.M. on the date specified above;

[ ] **By email transmission.** I caused such document to be transmitted to the offices of the addressee via facsimile machine, prior to 5:00 P.M. on the date specified above;

[ ] **By overnight courier.** I deposited such envelope in a regularly maintained overnight courier parcel receptacle prior to the time listed thereon for pick-up. Hand delivery was guaranteed by the next business day;

[] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(Federal)** I declare that I am a citizen of the United States of America and employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Glendale, California, this **22nd day of September 2021.**

*/s/ Anna Abramova*
Anna Abramova

-3-

NOTICE OF SETTLEMENT